## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MICHAEL I. GOLDBERG, as Receiver
for W.L. Ware Enterprises and Investments,
Inc. d/b/a Ware Enterprises and Investments,
Inc., Ware Enterprises and Investments,
LLC, d/b/a W.L. Ware Enterprises and
Investments, LLC,

                                   Plaintiff,

v.                                                          **CASE NO.  6:05-cv-1545-ORL-18JGG**

SMG & ASSOCIATES, LLC d/b/a
CASTLE POINT LANDSCAPE,

                                   Defendant.

_____/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS:  That, Michael I. Goldberg (the

"Receiver"), as Receiver for W.L. Ware Enterprises and Investments, Inc., d/b/a Ware

Enterprises and Investments, Inc., Ware Enterprises and Investments, LLC, d/b/a W.L.

Ware Enterprises and Investments, LLC (collectively, "Ware Enterprises"), the Plaintiff

in the above-styled cause, wherein a judgment was rendered on December 14, 2005, in

the United States District Court for the Middle District of Florida, Orlando Division, for

$23,838.64, plus costs in the amount of $289.95, against SMG & ASSOCIATES, LLC

d/b/a CASTLE POINT LANDSCAPE, the Defendant, which judgment being duly

recorded in the minutes of this Court, and a certified copy thereof having been registered

in the New Jersey Superior Court, with Judgment No. DJ-135408-06, does hereby

acknowledge full payment and satisfaction thereof and hereby consents that the same shall be satisfied of record.

IN WITNESS WHEREOF, Plaintiff has caused these presents to be executed in its name, by its attorney of record, this 10th day of October, 2006.

WITNESSED:

_Deann Martinicchio_

_Dawn Linn Toot_

MICHAEL I. GOLDBERG, Receiver for W.L. Ware Enterprises and Investments, Inc. d/b/a Ware Enterprises and Investments, Inc., Ware Enterprises and Investments, LLC, d/b/a W.L. Ware Enterprises and Investments, LLC.

By: _Jill E. Kelso_

Jill E. Kelso, Esq. – Attorney of Record
Florida Bar No.: 578541
**AKERMAN SENTERFITT**
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
jill.kelso@akerman.com

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me this 10 day of October, 2006 by JILL E. KELSO, attorney of record for Michael I. Goldberg, Receiver. She is personally known to me or has produced _____ (type of identification) as identification.

_Arlene May M. Hutchinson_

NOTARY PUBLIC, STATE OF FLORIDA

ARLENE MAY M. HUTCHINSON
(Print, Type or Stamp Commissioned Name of Notary Public)

Arlene May M. Hutchinson
Commission # DD479737
Expires June 21, 2009
Bonded Troy Fain - Insurance Inc 800-385-7019